EXHIBIT xAx

Brian S. Kreger, CA Bar No. 106707)
Lamberto & Kreger
160 West Santa Clara Street
Suite 1050
San Jose, CA 95113
Tel: (408) 999-0300
Fax: (408) 999-0301
Attorneys for Plaintiff
ROBIN YACONO

Bonnie Glatzer, CA Bar No. 147804
Tzaddi Smith, CA Bar No. 229018
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Telephone: 415.371.1200
Fascsimile: 415.371.1211
E-mail: bglatzer@thelenreid.com; tzsmith@thelenreid.com

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBIN YACONO,<br><br>Plaintiff,<br><br>vs.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, LOCKHEED MARTIN CORPORATION, and Does 1 through 20, inclusive,<br><br>Defendant. | Case No.: C-06-05606 RMW/HRL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT LOCKHEED MARTIN CORPORATION WITH PREJUDICE**<br><br>[Fed. R. Civ. P 41(a)] |

SF #1147192 v1

(Case No.: C-06-05606 RMW/HRL)

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT
LOCKHEED MARTIN CORPORATION WITH PREJUDICE

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the parties to this action, plaintiff Robin Yacono ("Plaintiff") and defendant Lockheed Martin Corporation ("Defendant"), and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice in its entirety.

IT IS SO STIPULATED.

Dated: October 26, 2006

LAMBERTO & KREGER

By _____
Brian S. Kreger
Attorneys for Plaintiff
ROBIN YACONO

Dated: October 31, 2006

THELEN REID & PRIEST LLP

By _____
Bonnie Glatzer
Tzaddi Smith
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

IT IS SO ORDERED.

Dated: 11/17/06

/s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
United States District Judge

SF #1147192 v1

(Case No.: C-06-05606 RMW/HRL)

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT
LOCKHEED MARTIN CORPORATION WITH PREJUDICE

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW